B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and BNSF RAILWAY COMPANY

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

JANEKA BAILEY, DESHAWN RABON,

Plaintiffs,

v.

NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, PINON TRUCKING, FIDEL PINON, BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, WERNER, and DOES 1 to 100 inclusive,

Defendants.

Case No. 2:13-CV-02610-WBS-AC

**STIPULATION TO TRANSFER VENUE TO NORTHERN DISTRICT OF CALIFORNIA**

The parties to this action, by and through their respective counsel, hereby stipulate and request that this Court exercise the discretion conferred by 28 USC § 1404(a) to transfer this case to the United States District Court, Northern District of California for the convenience of the parties, to avoid duplicative and inconsistent results, and to conserve judicial resources. This case arises from a collision that occurred on September 30, 2011 at approximately 7:23 p.m. near Bixler, California. Defendant Fidel Pinon drove a Freightliner tractor, towing two attached trailers, through a rail/highway crossing as a train operated by Amtrak was approaching, resulting

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

in a collision between the train and the attached second trailer. The rail/highway crossing where the accident occurred is on property owned and maintained by Defendant BNSF Railway Company. Plaintiffs Janeka Bailey and Deshawn Rabon were passengers on the Amtrak train and allege to have sustained injuries as a result of the collision.

Good cause exists for the requested transfer for the following reasons:

"A district court may transfer any civil action to any other district or division where it may have been brought," "[f]or the convenience of the parties and witnesses [and] in the interest of justice." 28 USC §1404(a). Under Ninth Circuit precedent, "[t]he 'first to file' rule allows a district court to transfer, stay or dismiss an action when a similar complaint has been filed in another federal court. *Ward v. Follett Corp.,* 158 F.R.D. 645, 648 (N.D.Cal. 1994); *Alltrade, Inc. v. Uniweld Products, Inc.,* 946 F.2d 622, 623 (9th Cir. 1991); see also *Z-Line Designs, Inc. v. Bell'O Intern., LLC* 218 F.R.D. 663, 665 (N.D.Cal. 2003). The first to file rule is a "generally recognized doctrine of federal comity which permits a district court to decline jurisdiction over an action when a complaint involving the same party and issues has already been filed in another district." *Pacesetter Sys., Inc. v. Medtronic, Inc.,* 678 F.2d 93, 95 (9th Cir.1982) (quoting *Church of Scientology of Cal. v. U.S. Dep't of Army,* 611 F.2d 738, 749 (9th Cir.1979).

Here, seven other actions arising from the September 30, 2011 collision have been filed in the United States District Court, Northern District of California. This includes an action by Amtrak and BNSF against Fidel Pinon, filed on June 29, 2012, and six actions filed by other passengers aboard the train at the time of the collision. The related actions pending in the Northern District of California are as follows:

- *In re September 30, 2011 Train Accident,* C 12-03396 RS, consisting of the following five consolidated cases:
    1. *National Railroad Passenger Corp. v. Fidel Pinon,* C 12-03396 RS
    2. *Blanche Crider v. Pinon Trucking, et al.,* C 12-03396 RS
    3. *Michael Dang v. National Railroad Passenger Corp., et al.,* C 12-03396 RS
    4. *Vaughn v. The State of California, et al.,* C 12-03396 RS

5. *Steven Lopes v. Fidel Pinon, et al.*, C 12-03396 RS

- *Roshanda Hasan v. Pinon, et al,* 4:13-cv-05677-KAW
- *Michael Bailey v. Pinon Trucking, et al., C 13-04509 RS*

There are no other related actions that have been filed in the Eastern District.

According, convenience and judicial comity dictate that this Court transfer the action to the Northern District because of the numerous related actions pending in the Northern District. Litigation between Amtrak, BNSF, Fidel Pinon and Pinon Trucking has been ongoing in the Northern District since June 29, 2012. The issues in the instant action are directly related to the issues presented by the actions in the Northern District and thus, the interest of convenience, judicial comity, efficiency, and avoidance of duplicative and inconsistent rulings would all be served by the requested transfer. Further, Defendants intend to consolidate all the related actions in the Northern District and thus, transferring the instant action to the Northern District is essential to allow the instant action to proceed with the related claims.

Accordingly, the parties respectfully request that the Court exercise its discretion conferred by 28 USC § 1404(a) and transfer this case to the United States District Court, Northern District of California.

Dated: April 10, 2014

LOMBARDI, LOPER & CONANT, LLP

By: /s/ *Kara A. Abelson*
KARA A. ABELSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK and BNSF RAILWAY

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Dated: April 10, 2014

POWERS & MILLER

By: /s/ *R. James Miller*
R. JAMES MILLER
ROBERT F. BENNETT
Attorneys for Defendants
PINON TRUCKING and FIDEL PINON

Dated: April 10, 2014

By: /s/ *John Christopher Maples*
JOHN CHRISTOPHER MAPLES
Attorneys for Plaintiffs
JANKEA BAILEY and
DESHAWN RABON

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

**ORDER**

Based upon the foregoing Stipulation of the parties and good cause appearing therefore, this action is hereby transferred to the United States District Court, Northern District of California

IT IS SO ORDERED.

Dated: April 10, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE