1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

JANEKA BAILEY and DESHAWN RABON,

                    Plaintiffs,

        v.

NATIONAL RAILROAD PASSENGER CO., and others,

                    Defendants.

Case No. 14-cv-01747 NC

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Richard Seeborg to determine whether it is related to *In re September 30, 2011 Train Accident*, No. 12-cv-03396 RS.

    IT IS SO ORDERED.

    Date: April 18, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-01747 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES