B. CLYDE HUTCHINSON, State Bar No. 37526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (AMTRAK) and
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANEKA BAILEY, DESHAWN RABON,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, PINON TRUCKING, FIDEL PINON, BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, WERNER, and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. C 3:14-cv-01747 RS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs JANEKA BAILEY and DESHAWN RABON and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, and FIDEL PINON, by and through their designated counsel, that the above-captioned action be and hereby is dismissed <u>with prejudice</u> pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party to bear their own costs.

///

DATED: December 1, 2015

STAWICKI AND MAPLES

By   /s/ *John Maples*
JOHN MAPLES
Attorneys for Plaintiffs
JANEKA BAILEY and DESHAWN RABON

DATED: December 4, 2015

LOMBARDI, LOPER & CONANT, LLP

By:   /s/ *Kara A. Abelson*
B. CLYDE HUTCHINSON
KARA A. ABELSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY

DATED: December 4, 2015

POWERS & MILLER

By:   /s/ *Robert F. Bennett, Jr.*
ROBERT F. BENNETT, JR.
Attorneys for Defendant
FIDEL PINON

IT IS SO ORDERED.

Dated: 12/7, 2015

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-42009 KAA 668478.1

- 2 -

STIPULATION AND ORDER OF DISMISSAL
CASE NO. 3:14-CV-01747 RS